■ MORRIS GLICK, Doing Business as MONTICELLO AUTO SALES, Plaintiff, v. "JOHN DOE", as President of Local 649 U. A. W., A. F. of L., et al., Defendants.— Application to vacate that part of an order to show cause, granted upon notice, which enjoined the defendants from picketing plaintiff's place of business in Monticello, New York. No appeal has been taken from that part of the order sought to be vacated by this application. Counsel for the defendant union appeared specially before the Justice who granted the order and challenged his jurisdiction to enjoin the defendant union on the ground that notice had not been given to any officer of the union. This special appearance was overruled. Whatever may be the ultimate merits of the defendant union's contentions we are not in a position to review this matter as though an appeal had been taken from the disputed part of the order, and we decline to summarily vacate it under the circumstances. Application denied, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of the Claim of ROBERT HORTON, Appellant, against TOWN FIRE PROTECTION DISTRICT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision of this court, handed down April 4, 1956, vacated and set aside, and appeal reinstated. Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files and serves record and brief on or before October 1, 1956, and is ready for argument at the November Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ. [See 1 A D 2d 984.]

■ ALPONSE KARPINSKY, Appellant, v. MICHAEL J. RANO et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ ELSIE KOENIG et al., Plaintiffs, v. LEONARD C. RODEN, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ BERTHA E. LOKER, Respondent, v. ROBERT J. TRUEWORTHY et al., Appellants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER STANLEY MARSHALL, Appellant.— Motion for permission to prosecute appeal as a poor person denied. Attention of the appellant's counsel is directed to rules 21 and 22 of this court. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ In the Matter of EMILY MARX, Petitioner, against GEORGE M. BRAGALINI et al., Constituting the State Tax Commission, Respondents.— Motion by petitioner for order directing that accuracy of transcript of the hearing of April 23, 1954, held by the State Tax Commission be determined by a Special Referee in New York County. Cross motion by respondents for an order dismissing the proceedings herein for failure to promptly prosecute and for other relief. The issue as to the accuracy of the said transcript which is part of the return filed in this proceeding is referred to the Trial Term of the Supreme Court, Albany County, Part I. (Civ. Prac. Act, §§ 1295, 1296.) Motion and cross motion in all other respects denied. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD MORGAN, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Application for an extension of time within which to perfect appeal denied as unnecessary, this being a civil proceeding. Motion for permission to prosecute appeal as a poor person upon one typewritten copy of record and five typewritten copies of brief granted. Present — Foster, P. J., Bergan, Coon, Zeller and Gibson, JJ.